PROB 12C
(7/93)

Report Date: December 22, 2014

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 23 2014

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Samuel Sidney Allman          Case Number: 2:14CR00173-WFN-1

Address of Offender: ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊

Name of Sentencing Judicial Officer: The Honorable B. Lynn Winmill, Chief U.S. District Judge, District of Idaho

Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: February 9, 2012

| | | | |
|---|---|---|---|
| Original Offense: | Theft From Indian Tribal Organization, 18 U.S.C. § 1163 | | |
| Original Sentence: | Prison 8 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: | September 10, 2014 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: | March 9, 2016 |

---

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number   Nature of Noncompliance

1          **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

           **Supporting Evidence**: On December 19, 2014, the undersigned officer attempted to contact Samuel Allman at his above-listed residence. The resident informed the undersigned officer that Mr. Allman no longer resides at the residence and that he has not lived at the residence for the past 3 weeks. As of the date of this petition, Mr. Allman has failed to contact his U.S. probation officer regarding his change in address, in violation of standard condition #6.

2          **Standard Condition # 9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

Prob12C
Re: Allman, Samuel Sidney
December 22, 2014
Page 2

| | |
|---|---|
| 3 | **Standard Condition # 11**: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

**Supporting Evidence**: According to Spokane County Sheriff's report number 14-412366, police responded to a residence in order to investigate a possible child endangerment issue. The responding deputy made contact with the adults in the residence and checked their names for possible warrants. Mr. Allman's name was run by the deputy, along with William F. Oldrock. Mr. Oldrock is a convicted felon and also is on supervised release in the Eastern District of Washington. Mr. Allman failed to notify his supervising probation officer of any law enforcement contact within 72 hours of being questioned, in violation of standard condition #9. Samuel Allman also violated standard condition #11 by associating with a convicted felon without permission from his U.S. probation officer. |
| 4 | **Special Condition # 19**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Allman completed his chemical dependency evaluation on November 3, 2014. The evaluator recommended that Mr. Allman complete outpatient treatment. Mr. Allman attended his initial treatment session on December 4, 2014, but has failed to attend any subsequent treatment sessions. Mr. Allman is currently in noncompliance with his court-ordered treatment, in violation of special condition #19. |
| 5 | **Special Condition # 20**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence:** Samuel Allman consumed methamphetamine on or about November 23, 2014. Additionally, Mr. Allman failed to appear for urine testing on December 10 and 17, 2014, in violation of special condition #20 of his supervised release.

On November 26, 2014, Mr. Allman reported to the U.S. Probation Office in Spokane, Washington, for urine testing. The sample was tested and returned a presumptive positive reading for methamphetamine. Mr. Allman admitted to consuming methamphetamine and signed a drug use admission form acknowledging the violation. |

Prob12C
Re: Allman, Samuel Sidney
December 22, 2014
Page 3

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/22/2014

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Rosanna Malouf Peterson*
Signature of Judicial Officer

12/23/14
Date